**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00293-CV**
_____

**IN RE COMMITMENT OF ISRAEL ESCOBAR**

**On Appeal from the 435th District Court**
**Montgomery County, Texas**
**Trial Cause No. 06-10-09712-CV**

**MEMORANDUM OPINION**

Israel Escobar filed a motion to dismiss his appeal in a civil case. *See* Tex. R. App. P. 42.1(a)(1). Escobar filed his motion before the appellate court issued a decision in the appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on October 27, 2021
Opinion Delivered October 28, 2021

Before Kreger, Horton and Johnson, JJ.